ORDER

Appellee’s petition for rehearing en banc in No. 08-3034, and the response thereto were circulated to the full court, and a vote was requested. Thereafter, a majority of the judges eligible to participate did not vote in favor of the petition. Upon consideration of the foregoing,, it is
ORDERED that the petition be denied.
* Chief Judge Sentelle and Circuit Judges Brown and Kavanaugh would grant the petition for rehearing en banc.
* A statement by Circuit Judges Ginsburg, Tatel, and Griffith concurring in the denial of rehearing en banc is attached.
*A statement by Chief Judge Sentelle, joined by Circuit Judges Henderson, Brown, and Kavanaugh dissenting from the denial of rehearing en banc is attached.
* A statement by Circuit Judge Kavanaugh dissenting from the denial of rehearing en banc is attached.